defendant Robert A. Scott. If plaintiff should hereafter desire to examine any other defendant, a separate motion can be made therefor. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Julius Blauner and Another, Copartners, etc., Appellants, v. Caroline V. Cramer and Another, Doing Business under the Firm Name, etc., Respondents.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Susanna Schleich, as Administratrix, etc., Respondent, v. Paul Schleich, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Smith, and Page, JJ.

Henry D. Greenwald and Another, Respondents, v. Number Five Hundred and One West One Hundred Thirteenth Street Incorporation and Another, Appellants, Impleaded with Others.— Order reversed, without costs, and motion granted on condition that appellants pay ten dollars costs and serve proposed case within ten days. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

The People of the State of New York ex rel. Alex Yandeli, Appellant, v. The Sheriff or Warden of Bronx County Jail, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of Abram Kaplan, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Motion to open default denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

The People of the State of New York ex rel. Otto H. Schultze v. Israel Feinberg and Others.— Motion to dismiss appeal granted. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

The People of the State of New York ex rel. Percy Davidson v. William Williams, as Commissioner.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Patrick J. McNulty v. The Mayor, etc.—Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Patrick J. McNulty v. The Mayor, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

John Tyrell v. The City of New York. (Six cases.)— In each case motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Minnie Rubinowitz v. The City of New York.— Motion to dismiss appeal denied, with ten dollars costs, on the ground that the moving papers do not show that the time to serve the proposed case has expired. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of Jacob Berman.— Motion to dismiss appeal denied.

Joseph M. L. Striker, an Infant, etc., v. Marie Farrington and Others,